McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ROGELIO BENAVIDES Defendants. | CASE NO. 1:20-CR-00100-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
|---|---|

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 12, 2020 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon-in-Possession of Firearm (Two Counts); 18 U.S.C. § 1344 – Bank Fraud (Twelve Counts); 18 U.S.C. § 1029(a)(2) – Use of Unauthorized Access Devices; 18 U.S.C. 1029(a)(3) – Possession of 15 or More Unauthorized Access Devices; 18 U.S.C. § 1028A – Aggravated Identity Theft (Two Counts); 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. §§ 924(d), 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person

1  shall disclose the finding of the Indictment or any warrants issued pursuant thereto,
2  except when necessary for the issuance and execution of the warrants.

3  DATED: June 18, 2020          Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                         By      /s/ JOSEPH BARTON
                                 JOSEPH BARTON
                                 Assistant U.S. Attorney

        IT IS SO ORDERED.

Dated:  June 18, 2020      _____
                           ERICA P. GROSJEAN
                           U.S. Magistrate Judge