MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>ROGELIO BENAVIDES,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00100-NONE<br><br>UNITED STATES' APPLICATION TO UNSEAL SEARCH WARRANTS<br><br>**(Doc. 8)** |

　　　　The United States hereby moves this Court to unseal the search warrants and related packages that were issued in this case. On June 23, 2020, the defendant was arreseted in Kern County, California. Therefore, it is no longer necessary for the search warrants to be under seal.

DATED: June 24, 2020　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff<br>     v.<br><br>ROGELIO BENAVIDES,<br>                 Defendant. | CASE NO. CASE NO. 1:20-CR-00100-NONE<br><br>[~~PROPOSED~~] **UNSEALING ORDER** |

Good cause appearing due to the defendant's arrest in Kern County, California, it is hereby ordered that the search warrants and related packages that were issued in the above matter be UNSEALED.

IT IS SO ORDERED.

Dated: **June 24, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2