UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-cr-00100 NONE |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| ROGELIO BENAVIDES, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Kevin Rooney is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to June 23, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **June 24, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE