MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ROGELIO BENAVIDES,<br><br>                Defendant. | CASE NO. 1:20-CR-00100-NONE<br><br>**PROTECTIVE ORDER BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |

ORDER

For good cause shown, the attached stipulation entered into between counsel in this case on July 21, 2020, regarding treatment of Protected Information provided to the Defense is approved.

IT IS SO ORDERED.

Dated: __**July 21, 2020**__             /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT**

McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROGELIO BENAVIDES,<br><br>  Defendant. | CASE NO. 1:20-CR-00100-NONE<br><br>**STIPULATION BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |

WHEREAS, the discovery in this case contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, bank accounts, residential addresses and other personal information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions at this time and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate for the immediate future.

[PROPOSED] PROTECTIVE ORDER                3

THEREFORE, defendant ROGELIO BENAVIDES, by and through his counsel of record ("Defense Counsel"), and plaintiff the UNITED STATES, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators, or support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.  The Government acknowledges that Defense Counsel has indicated that these arrangements will very likely become unworkable after Defense Counsel's initial review of the materials due to Mr. Benavides' pretrial detention and limitations on reimbursement for CJA panel counsel and staff. The Government acknowledges and agrees that this stipulation is entered into only to expedite progress in this case including review of material the defense is entitled to pursuant to Federal Rule of Criminal Procedure  16. The Government acknowledges and agrees that this stipulation and any Order pursuant to this stipulation, do not preclude the Defense from demanding that the Government undertake any and all redaction the Government believes appropriate; do not preclude the Defense from requesting or litigating Mr. Benavides' full and complete access to unredacted materials defense counsel deems appropriate; and that this Stipulation shall not be employed in any way by the Government to oppose Defense requests for Court authorization to provide Mr. Benavides with full access to discovery and to require the Government to undertake any and all redaction the Government believes appropriate.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from any new counsel unless and until authorized to do so by the Governemnt.

IT IS SO STIPULATED.

DATED: July 21, 2020

        */s/ Kevin Rooney*
KEVIN ROONEY
COUNSEL FOR ROGELIO BENAVIDES

        */s/ Joseph Barton*
JOSEPH BARTON
COUNSEL FOR UNITED STATES

[PROPOSED] PROTECTIVE ORDER     5