McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00100-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: August 31, 2020 |
| ROGELIO BENAVIDES, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 31, 2020, may be continued until November 16, 2020, at 1:00 p.m., before the Honorable Sheila K. Oberto. The United States has produced approximately 2,800 pages of discovery to defense counsel. Defense counsel has further investigation to perform in this case, including review of the discovery. The parties agree that time under the Speedy Trial Act shall be excluded through November 16, 2020, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION AND ORDER

1

1  IT IS SO STIPULATED.

2

3

4  Dated: August 20, 2020    McGREGOR W. SCOTT
                             United States Attorney

5

6                            */s/ JOSEPH BARTON*
                             JOSEPH BARTON
7                            Assistant United States Attorney

8

9  Dated: August 20, 2020    */s/ KEVIN ROONEY*
                             KEVIN ROONEY
10                           Counsel for Defendant

11                           **ORDER**

12

13   Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for

14  August 31, 2020, is continued until November 16, 2020, at 1:00 p.m., before the Hon. Sheila K. Oberto

15  The period through November 16, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

16  and 3161(h)(7)(B)(i) and (iv).

17

18  IT IS SO ORDERED.

19
    Dated:  **August 21, 2020**              /s/ *Sheila K. Oberto*
20                                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                          2