McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00100-NONE |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| ROGELIO BENAVIDES, | |
| Defendant. | |

On November 12, 2020, defendant Rogelio Benavides entered a guilty plea to Count One – Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1); Count Ten – Bank Fraud in violation of 18 U.S.C. § 1344; and, Count Seventeen – Aggravated Identity Theft in violation of 18 U.S.C. § 1028A of the Indictment.

As part of his plea agreement with the United States, defendant Rogelio Benavides agreed to forfeit voluntarily and immediately $20,005.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 1344 and 1028A, to which he has pled guilty. See Defendant Benavides' Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

///

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(2), 982(a)(8)(A), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Rogelio Benavides in the amount of $20,005.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Rogelio Benavides' conviction for violating 18 U.S.C. § 1344 (Count Ten) and 18 U.S.C. § 1028A (Count Seventeen).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated:  November 27, 2020

McGREGOR W. SCOTT
United States Attorney

 /s/ Joseph Barton
JOSEPH BARTON
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Rogelio Benavides in the amount of $20,005.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated:  **November 30, 2020**

UNITED STATES DISTRICT JUDGE